**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **JOSE GUADALUPE VEGA VEGA,** | § § § § § | |
| *Petitioner*, | § | |
| v. | § § | |
| **FERNANDO RAMIREZ,** | § | |
| *Warden, El Paso Service Processing Center*; | § | |
| **MARY DE ANDA-YBARRA,** | § | |
| *Director, El Paso Field Office, U.S.* | § | |
| *Immigration & Customs Enforcement,* | § | |
| *Enforcement & Removal Operations*; | § | |
| **DAVID VENTURELLA,** | § | |
| *Senior Official Performing the Duties of the* | § | **EP-26-CV-01427-DCG** |
| *Director of U.S. Immigration and Customs* | § | |
| *Enforcement*; | § | |
| **MARKWAYNE MULLIN,** | § | |
| *Secretary, U.S. Department of Homeland* | § | |
| *Security*; | § | |
| **TODD BLANCHE,** | § | |
| *Acting U.S. Attorney General*; **and** | § | |
| **DAREN K. MARGOLIN,** | § | |
| *Director, Executive Office for Immigration* | § | |
| *Review*, | § § | |
| | § | |
| *Respondents*. | § | |

**ORDER DISMISSING CASE WITH PREJUDICE**

Pursuant to the parties' "Joint Stipulation of Dismissal" (ECF No. 8), the Court

**DISMISSES** the above-captioned case **WITH PREJUDICE**.

Each party shall bear its own costs and fees.

The Court **CLOSES** the case.

- 2 -

**So ORDERED and SIGNED this 28th day of July 2026.**

**DAVID C. GUADERRAMA**
**SENIOR U.S. DISTRICT JUDGE**